

October 23, 2023


U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Floor
Laguna Niguel, CA 92677-0590


U.S. Citizenship
and Immigration
Services

WAC1790057072

IRSHAD AHMAD
c/o MARC EFTON CHRISTOPHER
CHRISTOPHER & DE LEON LAW
PO BOX 370452
MILWAUKEE, WI 53237

RE: FARID AHMAD
I-130, Petition for Alien Relative

### DECISION

On June 26, 2023, USCIS issued a Notice of Intent to Revoke informing you that this petition was approved in error and that USCIS intended to revoke the approval. According to the death certificate, the petitioner passed away on April 19, 2020. Therefore, as of the time of the petitioner's death, the qualifying relationship between the petitioner and beneficiary no longer existed and the beneficiary became ineligible for the petition. A petition must be denied if a qualifying relationship no longer exists at the time of adjudication. *Matter of Varela*, 13 I&N Dec. 453 (BIA 1970).

On July 31, 2023, USCIS received a response to that request which included the following evidence:

- a letter from counsel requesting humanitarian reinstatement

It has not been established that a favorable discretionary decision is warranted based on humanitarian grounds pursuant to 8 CFR 205.1(a)(3)(i)(C)(2). Consideration for humanitarian reinstatement is not available in instances where the petitioner has died prior to the approval of the petition. See *Dodig v. INS*, 9 F.3d 1418, 1420 (9th Cir. 1993).

The evidence of record does not establish that a qualifying relationship existed at the time of approval. Therefore, this petition is revoked as of the date of approval under 8 CFR 205.2.

In visa petition proceedings, the petitioner bears the burden of establishing eligibility for the benefits sought. See *Matter of Brantigan*, 11 I&N Dec. 493 (BIA 1966).

If you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may motion U.S. Citizenship and Immigration Services (USCIS) to reopen or reconsider the decision. If a motion is not received within 33 days of the date of this notice, this decision will be final.

If you would like to file a motion to reopen or motion to reconsider, you must file a Form I-290B, Notice of Appeal or Motion. For more information about the filing requirements for motions or to obtain the Form I-290B, please see 8 CFR103.5, visit the USCIS website at www.uscis.gov. or contact the automated Form Request Line by calling 1-800-870-3676.

Sincerely,

Tracy Tarango
Director
Officer: XW1395