# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**IRSHAD AHMAD, et al.,**
    **Plaintiffs,**

  v.                                                      Case No. 24-C-0488

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**
    **Defendant.**

## ORDER

The plaintiffs filed this action on April 24, 2024. Under Federal Rule of Civil Procedure 4(m), they had 90 days from filing within which to serve the defendant. That time has expired, and no proof of service has been filed. As service appears not to have been completed within the 90-day period, Rule 4(m) and Civil Local Rule 41(a) allow me to dismiss the case without prejudice upon my own initiative after 21 days' notice to the plaintiffs. This order gives the plaintiffs that notice.

**THEREFORE, IT IS ORDERED** that the plaintiffs have until **November 15, 2024,** to file proof of service. If proof of service is not filed within that time, this case will be dismissed without prejudice.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2024.

                                                /s/ Lynn Adelman
                                                LYNN ADELMAN
                                                United States District Judge